IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| BILLY SANDERS, | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 4:10-cv-00550-JJV |
| GARY STEWART, Dr., Faulkner County Detention Center; *et al.,* | * |
| Defendants. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this <u>13th</u> day of September, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1