# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| BILLY SANDERS, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:10-cv-00550-JJV |
| GARY STEWART, Dr., Faulkner | * | |
| County Detention Center; *et al.*, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this <u>13th</u> day of September, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE